THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DALY,

Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.